UNITED STATES of America,
Petitioner–Appellee,

v.

Raphael MENDEZ, Respondent–
Appellant.

No. 12–7096.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 2, 2012.

Decided: Oct. 25, 2012.

Raphael Mendez, Appellant pro se. David T. Huband, Bureau of Prisons, Butner, North Carolina, for Appellee.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez appeals the district court's order finding that he continues to meet the criteria for commitment pursuant to 18 U.S.C. § 4246 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*